

**Entered on Docket
August 18, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

RICK A. YARNALL
CHAPTER 13 STANDING TRUSTEE
701 Bridger AveSuite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE:** <br> **TIM CAITO** <br> **JENNIFER CAITO** <br><br> Debtors <br><br> **WEISS & WEISS LAW FIRM** <br> **Attorney for Debtors** | Chapter 13 <br> BKS-07-16681-LBR <br><br> Hearing Date:  08/06/2009 <br> Hearing Time:  2:30 pm |

### ORDER OF DISMISSAL FOR FAILURE TO MAKE PLAN PAYMENTS

   A motion for Order Dismissing Bankruptcy Proceedings filed by the Trustee in the above-captioned matter having come on for hearing, the following parties having appeared:

  (X)   Trustee          (  ) Debtor(s)          (  ) Attorney for Debtor(s)          (  ) Other: ,

and said Motion having been considered by this Court, and good cause appearing therefore;

   IT IS HEREBY ORDERED that the above-captioned proceedings under Chapter 13 be, and the same hereby is DISMISSED for the Debtor(s) failure to:

- Make Plan payment

        IT IS FURTHER ORDERED that the Trustee is allowed $0.00 as and for expenses incurred in the administration of this case.

Dated:  August 17, 2009

/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee
(krm)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follow**s ;**

____The court has waived the requirement of approval under LR 9021.

____No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
      None - no parties appeared

###